UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT CR12-106 MJD/SER |
| | ) | |
| Plaintiff, | ) | |
| | ) | (21 U.S.C. § 841(a)(1)) |
| v. | ) | (21 U.S.C. § 841(b)(1)(A)) |
| | ) | (21 U.S.C. § 841(b)(1)(B)) |
| JOSEPH BENJAMIN THOMAS, | ) | (21 U.S.C. § 853) |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Possession With Intent to Distribute Methamphetamine)

From on or about February 1, 2012, through on or about April 16, 2012, in the State and District of Minnesota, the defendant,

**JOSEPH BENJAMIN THOMAS,**

did unlawfully, knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine (actual), a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

### COUNT 2
(Distribution of Methamphetamine)

On or about February 15, 2012, in the State and District of Minnesota, the defendant,

**JOSEPH BENJAMIN THOMAS,**

did unlawfully, knowingly and intentionally distribute 5 grams or more of methamphetamine (actual), a controlled substance, in

SCANNED APR 2 5 2012 U.S. DISTRICT COURT ST. PAUL

FILED APR 1 6 2012
RICHARD D. SLETTEN
JUDGMENT ENTD ___
DEPUTY CLERK ___

U.S. v. Joseph Benjamin Thomas

violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 3
(Distribution of Methamphetamine)

On or about February 29, 2012, in the State and District of Minnesota, the defendant,

**JOSEPH BENJAMIN THOMAS,**

did unlawfully, knowingly and intentionally possess with intent to distribute 5 grams or more of methamphetamine (actual), a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 4
(Distribution of Methamphetamine)

On or about March 13, 2012, in the State and District of Minnesota, the defendant,

**JOSEPH BENJAMIN THOMAS,**

did unlawfully, knowingly and intentionally possess with intent to distribute 5 grams or more of methamphetamine (actual), a controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## FORFEITURE ALLEGATIONS

Counts 1, 2, 3 and 4 of this Indictment are hereby realleged and incorporated as if fully set forth herein by reference, for the

U.S. v. Joseph Benjamin Thomas

purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853(a)(1) and (2).

As a result of the foregoing offenses, the defendant,

**JOSEPH BENJAMIN THOMAS,**

shall forfeit to the United States pursuant to Title 21, United States Code, Section 853(a)(1) and (2), all his right, title and interest in any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violations and in any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Count 1 of this Indictment.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of all the

U.S. v. Joseph Benjamin Thomas

defendant's right, title and interest in any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 21, United States Code, Sections 841(a)(1), 853(a)(1) and 853(a)(2).

A TRUE BILL

| UNITED STATES ATTORNEY | FOREPERSON |
|---|---|