UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

UNITED STATES OF AMERICA,

      Plaintiff,

v.                              **ORDER**
                                Criminal File No. 12-106 (MJD)

(1) JOSEPH BENJAMIN THOMAS,

      Defendant.

---

Andrew R. Winter, Assistant United States Attorney, Counsel for Plaintiff.

Defendant, on his own behalf.

---

      This matter is before the Court on Defendant Joseph Benjamin Thomas's Motion to Transport Legal Files.  [Docket No. 70]

      Defendant requests the Court's permission to transport to his resentencing hearing [Docket 74] one 17x13x4 box of legal material and a pair of reading glasses.  There being no objections, the Court GRANTS this Motion.

Accordingly, **IT IS HEREBY ORDERED**:

Defendant's Motion to Transport Legal Files [Docket No. 70] is **GRANTED**.

Dated:  September 11, 2014         s/ Michael J. Davis
                                                            Michael J. Davis
                                                            Chief Judge
                                                            United States District Court